# In the United States Court of Federal Claims

**Nos. 01-254C & 01-442C**

**CONSOLIDATION COAL COMPANY, ET AL.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Published Opinion and Order, filed February 22, 2007, stating that there is no just reason for delay as provided in Rule 54(b),

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff, Jim Walters Resources, Inc., recover of and from the United States the sum of $5,223,133.78.

Brian Bishop
Clerk of Court

**February 22, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.