IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 01-254C & 01-442C
(Judge Futey)

* * * * * * * * * * * * * * * * * * * * * *
CONSOLIDATION COAL COMPANY, ET AL., *
Plaintiffs, *
v. * No. 01-254C
THE UNITED STATES, *
Defendant. *

RAPOCA ENERGY COMPANY, LLC *
Plaintiff, *
v. * No. 01-442C
THE UNITED STATES, *
Defendant. *
* * * * * * * * * * * * * * * * * * * * * *

## SECOND MOTION FOR SUBSTITUTION OF PARTIES

Plaintiff, Rapoca Energy Company, LLC, moves the Court to allow for the substitution of Wellmore Energy Company, LLC, as plaintiff in Docket No. 01-442C, pursuant to Rule 25(c) of the Rules of the United States Court of Federal Claims.

Federal Court of Claims, No. 01-442C was originally brought by Rapoca Energy Company. Following a reorganization, Rapoca Energy Company, LLC became the successor in interest to Rapoca Energy Company and on May 21, 2004, the Court ordered the substitution of Rapoca Energy Company, LLC, for Rapoca Energy Company.

The name of Rapoca Energy Company, LLC was changed, in 2006, to Wellmore Energy Company, LLC. Counsel for plaintiffs in Consolidation Coal Company, et al., No 01-254C, and counsel for defendant have authorized plaintiff, Rapoca Energy Company, LLC, to state that they have no objection to the allowance of this motion.

WHEREFORE, plaintiff, Rapoca Energy Company, LLC, requests its motion be allowed.

Respectfully submitted,

MERRELL & MERRELL, P.C.

By: /s/ John Y. Merrell, Jr.

John Y. Merrell, Jr.
Merrell & Merrell, P.C.
Attorney for Plaintiff
1477 Chain Bridge Road
Suite 101
McLean, VA 22101
Tel: (703) 790-8440
Fax: (703) 790-8944

Of Counsel: John Y. Merrell

Date: October 24, 2007

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on this 24[nd] day of October 2007, the foregoing SECOND MOTION FOR SUBSTITUTION OF PARTIES was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system and may be accessed thereby.

/s/ John Y. Merrell, Jr.