IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CONSOLIDATION COAL COMPANY, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | No. 01-254C<br>Judge Futey |
| WELLMORE ENERGY CO., LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | No. 01-442C<br>Judge Futey |

**PLAINTIFFS' UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

On December 19, 2007, the Court issued a scheduling order regarding the briefing of damages issues for the remaining four test plaintiffs, Consol of Pennsylvania Coal Company, Eastern Associated Coal Corporation, Kingston Resources, Inc. and Pioneer Fuel Corporation.

Plaintiffs respectfully request that the scheduling order be amended to afford them an additional thirty days in which to file their motion for summary judgment, which would also move back, by thirty days, the deadlines for the Government's response brief/cross-motion for summary judgment and the parties' respective reply briefs. The new briefing schedule would be as follows:

| Pleading | Deadline |
|---|---|
| Plaintiff's Motion for Summary Judgment | April 2, 2008 |
| Defendant's Response/Cross-Motion | May 2, 2008 |
| Plaintiff's Reply | May 23, 2008 |
| Defendant's Reply | June 13, 2008 |

Plaintiffs' counsel has consulted with Tara K. Hogan, Esq., counsel for the Government, and with John Y. Merrell, Esq., counsel for Plaintiff Wellmore Energy Co., LLC, who have stated that they do not oppose this motion.

Wherefore, Plaintiffs respectfully request that their motion be granted.

Respectfully submitted,

/s/ Steven H. Becker
STEVEN H. BECKER
PAUL A. HOROWITZ
SUZANNE I. OFFERMAN
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York 10036

Dated: February 15, 2008

CERTIFICATE OF SERVICE

I, Melanie Hable, certify that I am a paralegal with the law firm of Baker & McKenzie, LLP, located at 1114 Avenue of the Americas, New York, N.Y. 10036, and that Baker & McKenzie represents Plaintiffs Consolidation Coal Company, et al., and further certify that on February 15, 2008, I caused to be served by first class mail, postage prepaid, the attached "Plaintiffs' Unopposed Motion to Amend Scheduling Order," on Tara Hogan, Esq., Defendant's counsel of record, and John Merrell, Esq., Plaintiff Wellmore Energy Co., LLC's, counsel of record, addressed as follows:

Tara K. Hogan, Esq.
U.S. Department of Justice
Commercial Litigation Branch-Civil Division
1100 L Street, NW
Room 12106
Washington, DC 20530

John Merrell
Merrell & Merrell P.C.
1477 Chain Bridge Road
Suite 101
P.O. Box 1111
McLean, VA 22101

/s/ Melanie Hable
Melanie Hable

Dated: February 15, 2008