# In the United States Court of Federal Claims

**Nos. 01-254C & 01-442C**

**(Filed February 19, 2008)**

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * | | |
| **CONSOLIDATION COAL COMPANY, ET AL.,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **No. 01-254C** |
| | * | |
| **THE UNITED STATES,** | * | |
| | * | |
| **Defendant.** | * | |
| -------------------------------------------------- | | |
| **WELLMORE ENERGY CO., LLC,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **No. 01-442C** |
| | * | |
| **THE UNITED STATES,** | * | |
| | * | |
| **Defendant.** | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

Plaintiffs' Unopposed Motion To Amend Scheduling Order, filed on February 15, 2008, is ALLOWED. The court's December 19, 2007 order is hereby amended as follows:

1. Plaintiff's Motion for Summary Judgment shall be due on Wednesday, April 2, 2008.

2. Defendant's Response/Cross-Motion shall be due on Friday, May 2, 2008.

3. Plaintiff's Reply shall be due on Friday, May 23, 2008.

4. Defendant's Reply shall be due on Friday, June 13, 2008.

5. A hearing or oral argument shall be scheduled at a later date.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**